# UNITED STATES BANKRUPTCY COURT
NORTHERN   DISTRICT OF   ILLINOIS
EASTERN DIVISION

In re: STEPHEN E. HARRIS § Case No. 14-37722
§ Hon. DEBORAH L. THORNE
§ Chapter 7
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within _____ days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 12/16/2015 in Courtroom 613, Dirksen Federal Building Courthouse,
219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: Clerk U. S. Bankruptcy Court
                              (Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN DIVISION

In re: STEPHEN E. HARRIS § Case No. 14-37722
§ Hon. DEBORAH L. THORNE
§ Chapter 7
§

Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $6,000.00 |
| *and approved disbursements of* | $41.85 |
| *leaving a balance on hand of* [1] | $5,958.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $5,958.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| *Trustee, Fees* | ALLAN J. DeMARS | $1,350.00 | $0.00 | $1,350.00 |
| *Trustee, Expenses* | ALLAN J. DeMARS | $24.54 | $0.00 | $24.54 |
| *Attorney for Trustee, Fees* | ALLAN J. DeMARS | $2,090.00 | $0.00 | $2,090.00 |
| *Attorney for Trustee, Expenses* | ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | | |
| *Accountant for Trustee, Expenses* | | | | |
| *Auctioneer, Fees* | | | | |
| *Auctioneer, Expenses* | | | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| *Charges,* | *U.S. Bankruptcy Court* |
| *Fees,* | *United States Trustee* |
| Other | |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $3,464.54 |
| Remaining balance: | $2,493.61 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for             , Fees* | | | |
| *Attorney for             , Expenses* | | | |
| *Accountant for             , Fees* | | | |
| *Accountant for             , Expenses* | | | |
| Other | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,493.61 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for priority claims: | $0.00 |
| Remaining balance: | $2,493.61 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $45,247.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Military Credit Services | $2,330.72 | $0.00 | $128.45 |
| 4 | USAA Federal Savings Bank | $4,314.30 | $0.00 | $237.76 |
| 5 | USAA Federal Savings Bank | $2,455.35 | $0.00 | $135.31 |
| 6 | Army & Air Force Exchange Services | $7,694.72 | $0.00 | $424.06 |
| 7 | Banterra Bank | $13,014.93 | $0.00 | $717.25 |
| 9 | USAA Federal Savings Bank | $6,136.01 | $0.00 | $338.16 |
| 10 | World's Foremost Bank | $7,607.34 | $0.00 | $419.24 |
| 11 | Portfolio Recovery Assoc. successor to Synchronny Banka | $1,694.41 | $0.00 | $93.38 |

| | |
|---|---|
| Total to be paid for timely general unsecured claims: | $2,493.61 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____0____ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ ALLAN J. DeMARS
Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 14-37722-DLT
Stephen E Harris Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dpruitt     Page 1 of 2     Date Rcvd: Nov 12, 2015
                   Form ID: pdf006    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2015.

```
db             +Stephen E Harris,    2831 N Hampton Dr, Apt 106,    Rolling Meadows, IL 60008-3368
22529035       +BK of America,    4161 Piedmont Pkwy,    Greensboro, NC 27410-8119
23496150        BMO Harris,    111 W. Monroe St., Floor 21E,    Chicago, IL 60603-4096
22563806        BMO Harris Bank NA,    Attn: Retail Collections BRK-180-RC,    770 N. Water Street,
                 Milwaukee, WI 53202-3593
22529036       +BMO Harris Financial Advisors, Inc,    Attention: BHFA Operations,    MC-7 WM,
                 111 E Kilbourn Ave, Suite 200,    Milwaukee, WI 53202-6672
22529033       +Bank of Farmington,    16 N. Main St.,    Farmington, IL 61531-1233
22676702       +Banterra Bank,    POB 310,    Marion, IL 62959-0310
22529034       +Banterra Bank,    3201 Banterra Drive,    Marion, IL 62959-6381
22529037       +Lori Harris,    138 Park Plaza Ct,    Canton, IL 61520-1214
23496151       +Lowe's Customer Care,    P.O. Box 1111,    North Wilkesboro, NC 28656-0001
22529038       +Lowes Customer Care,    P O Box 1111,    North Wilkesboro, NC 28656-0001
23496152      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX 75067)
22529043       +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
22529047       +USAA Federal Savings B,    PO Box 47504,    San Antonio, TX 78265-7504
23094529       +USAA Federal Savings Bank,    c/o Weinstein & Riley, P.S.,    469 W. Huron Street, Suite 1701,
                 Chicago, IL 60654-3466
22633760       +USAA Federal Savings Bank,    C/O Weinstein, Pinson, & Riley, P.S.,
                 2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
22529048       +USAA Savings Bank,    Attn Bankruptcy Dept,    PO Box 47504,    San Antonio, TX 78265-7504
22973012        WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
22529049       +Worlds Foremost Bank N,    4800 NW 1st St,    Ste 300,    Lincoln, NE 68521-4463
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22529042        E-mail/Text: ally@ebn.phinsolutions.com Nov 13 2015 02:58:05      Nuvell,    5700 Crooks Rd,
                 Ste 301,    Troy, MI 48098
23496149       +E-mail/Text: BankruptcyNotices@aafes.com Nov 13 2015 02:58:23      Army & Air Force Exchange,
                 c/o Bass & Associates,    3936 E. Ft. Lowell Rd, #200,    Tucson, AZ 85712-1083
22669344       +E-mail/Text: BankruptcyNotices@aafes.com Nov 13 2015 02:58:23
                 Army & Air Force Exchange Services,    Bass & Associates, P.C.,
                 3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
22529040        E-mail/Text: BankruptcyNotices@aafes.com Nov 13 2015 02:58:23      Military Star,
                 3911 S. Walton Walker Blv,    Dallas, TX 75236
22529039       +E-mail/Text: dwalikangas@freedomfe.com Nov 13 2015 03:01:34      Military Cred Serv,
                 1150 E. Little Creek Rd., Suite 205,    Norfolk, VA 23518-3826
22597372       +E-mail/Text: dwalikangas@freedomfe.com Nov 13 2015 03:01:34      Military Credit Services,
                 1150 E. Little Creek Rd Suite 202,    Norfolk VA 23518-3826
23044857        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2015 03:14:15
                 Portfolio Recovery Associates, LLC,    Successor to SYNCHRONY BANK (WALMART MAS,    POB 41067,
                 Norfolk, VA 23541
22529044       +E-mail/Text: bmartin@sblincoln.com Nov 13 2015 02:58:02      State Bank of Lincoln,
                 508 Broadway St,    Lincoln, IL 62656-2783
22529045       +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:12:47      Syncb/Jcp,    PO Box 965007,
                 Orlando, FL 32896-5007
22529046       +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:12:47      Syncb/Walmart DC,    PO Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22719114*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  NATIONSTAR MORTGAGE, LLC,    POB 619096,    Dallas, TX 75261-9741)
22529041*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage LLC,    POB 619096,    Dallas, TX 75261-9741)
23496153*      +State Bank of Lincoln,    508 Broadway St,    Lincoln, IL 62656-2783
23496154*      +USAA Savings Bank,    Attn Bankruptcy Dept,    PO Box 47504,    San Antonio, TX 78265-7504
23758790*       WORLD'S FOREMOST BANK,    CABELA'S CLUB VISA,    PO BOX 82609,    LINCOLN, NE 68501-2609
                                                                                          TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dpruitt              Page 2 of 2              Date Rcvd: Nov 12, 2015
                              Form ID: pdf006            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2015 at the address(es) listed below:
              Adham   Alaily    on behalf of Creditor    BMO Harris Bank N.A. aalaily@ea-atty.com
              Allan J DeMars    on behalf of Trustee Allan J DeMars alland1023@aol.com
              Allan J DeMars    alland1023@aol.com
              David H Cutler    on behalf of Debtor Stephen E Harris cutlerfilings@gmail.com
              Evan Lincoln Moscov    on behalf of Creditor    USAA Federal Savings Bank evan.moscov@moscovlaw.com,
               bncmail@w-legal.com;teresap@w-legal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stewart A Chapman    on behalf of Trustee Marilyn O Marshall schapman@chi13.com
              Terri M Long    on behalf of Creditor    Nationstar Mortgage, LLC tmlong@tmlong.com,
               Courts@tmlong.com
                                                                                             TOTAL: 8
```