# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: STEPHEN E. HARRIS § Case No. 14-37722
§ Chapter 7
§ Hon. DEBORAH L. THORNE
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $201,536.00 | Assets Exempt: | $18,296.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,493.61 | Claims Discharged Without Payment: | $276,377.18 |
| Total Expenses of Administration: | $3,506.39 | | |

3) Total gross receipts of $6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $233,623.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,506.39 | $3,506.39 | $3,506.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $33,424.00 | $45,247.79 | $45,247.79 | $2,493.61 |
| **TOTAL DISBURSEMENTS** | $267,047.00 | $48,754.18 | $48,754.18 | $6,000.00 |

4) This case was originally filed under chapter 13 on 10/17/2014 & was converted to chapter 7 on 06/05/2015. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2016              By: /s/ ALLAN J. DeMARS
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in 2010 Ford F150 | 1129-000 | $6,000.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 SCHEDULED WITH NO CLAIM FILED | 4110-000 | $218,914.00 | $0.00 | $0.00 | $0.00 |
| | USAA SAVINGS | 4220-000 | $14,709.00 | $0.00 | $0.00 | |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $233,623.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2600-000 | N/A | $41.85 | $41.85 | $41.85 |
| Allan J DeMars | 2100-000 | N/A | $1,350.00 | $1,350.00 | $1,350.00 |
| Allan J DeMars | 2200-000 | N/A | $24.54 | $24.54 | $24.54 |
| Allan J DeMars | 3110-000 | N/A | $2,090.00 | $2,090.00 | $2,090.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,506.39 | $3,506.39 | $3,506.39 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Military Credit Services | 7100-000 | $2,935.00 | $2,330.72 | $2,330.72 | $128.45 |
| 4 | USAA Federal Savings Bank | 7100-900 | $4,504.00 | $4,314.30 | $4,314.30 | $237.76 |
| 5 | USAA Federal Savings Bank | 7100-900 | $2,612.00 | $2,455.36 | $2,455.36 | $13.31 |
| 6 | Army & Air Force Exchange Services | 7100-000 | $7,837.00 | $7,694.72 | $7,694.72 | $424.06 |
| 7 | Banterra Bank | 7100-000 | $0.00 | $13,014.93 | $13,014.93 | $717.25 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | USAA Federal Savings Bank | 7100-900 | $6,026.00 | $6,136.01 | $6,136.01 | $338.16 |
| 10 | World's Foremost Bank | 7100-000 | $7,602.00 | $7,607.34 | $7,607.34 | $419.24 |
| 11 | Portfolio Recovery Associates successor to Synchrony | 7100-900 | $1,908.00 | $1,694.41 | $1,694.41 | $93.38 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $33,424.00 | $45,247.79 | $45,247.79 | $2,493.61 |

EXHIBIT A FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Case No. 14-37722　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee Name: Allan J. DeMars

Case Name: STEPHEN E. HARRIS　　　　　　　　　　　　　　　　　　　Date Filed (f) or Converted (c): 10/17/14 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　converted 6/5/15
For Period Ending: 3/31/16　　　　　　　　　　　　　　　　　　　　§341(a) Meeting Date: 7/8/15

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Claims Bar Date: 10/16/15

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | home at 412 Fleetwood Dr. Waynsevill, MO | 64,950.00 | 0.00 | | 0.00 | FA |
| 2 | residence at 138 Park Plaza Ct., Canton, IL (tenants by the entirety) | 110,000.00 | 0.00 | | 0.00 | FA |
| 3 | checking USAA | 200.00 | 0.00 | | 0.00 | FA |
| 4 | savings USAA | 4.00 | 0.00 | | 0.00 | FA |
| 5 | checking/savings Mid Missouri CU | 350.00 | 0.00 | | 0.00 | FA |
| 6 | checking IBC Bank | 19.00 | 0.00 | | 0.00 | FA |
| 7 | savings Pen Fed CU | 23.00 | 0.00 | | 0.00 | FA |
| 8 | security deposit with landlord | 575.00 | 0.00 | | 0.00 | FA |
| 9 | 1/2 interest in home furnishings (full value is $1500) | 750.00 | 0.00 | | 0.00 | FA |
| 10 | personal clothing | 300.00 | 0.00 | | 0.00 | FA |
| 11 | 3 shotguns | 300.00 | 0.00 | | 0.00 | FA |
| 12 | term life through Army | 0.00 | 0.00 | | 0.00 | FA |
| 13 | term life insurance | 0.00 | 0.00 | | 0.00 | FA |
| 14 | army pension | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 2010 Ford F150 | 22,000.00 | 6,000.00 | | 6,000.00 | FA |
| 16 | 2011 Buick Regal - debtor has 1/2 interest (full value is $14000) | 7,000.00 | 0.00 | | 0.00 | FA |

| 17 | 2011 Palomino Puma camper which has been surrendered original scheduled value 19361; current value $0 | 19,361.00 | 0.00 | 0.00 | FA |

TOTALS (Excluding unknown values)        6,000.00        6,000.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing:

Initial Projected Date of Final Report (TFR): __October, 2015__        Current Projected Date of Final Report (TFR): __10/29/15__

Case 14-37722   Doc 89   Filed 03/02/16   Entered 03/02/16 14:08:01   Desc Main
Document   Page 8 of 9

EXHIBIT "A" - FORM 2
**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 14-37722  
Case Name: STEPHEN E. HARRIS  
Taxpayer ID#: xxxxxx6732  
For Period Ending: 3/31/16  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxxxx6944  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct. Balance |
| 8/24/15 | Ref 15 | Stephen E. Harris | right, title and interest in 2010 Ford F150 (Docket 74) | 1129-000 | 6,000.00 | | 6,000.00 |
| 9/22/15 | | Wells Fargo | check printing charges | 2600-000 | | 41.85 | 5,958.15 |
| 9/30/15 | | Wells Fargo | monthly service fee | 2600-000 | | 5.00 | 5,953.15 |
| | | | reversal of service charge | 2600-000 | | (5.00) | 5,958.15 |
| 12/16/15 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,350.00 | 4,608.15 |
| 12/16/15 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 24.54 | 4,583.61 |
| 12/16/15 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 2,090.00 | 2,493.61 |
| 12/16/15 | Check 1004 | Military Credit Services | 726(a)(2); 5.511% | 7100-000 | | 128.45 | 2,365.16 |
| 12/16/15 | Check 1005 | USAA Federal Savings Bank | 726(a)(2); 5.511% | 7100-900 | | 237.76 | 2,127.40 |
| 12/16/15 | Check 1006 | USAA Federal Savings Bank | 726(a)(2); 5.511% | 7100-900 | | 135.31 | 1,992.09 |
| 12/16/15 | Check 1007 | Army & Air Force Exchange Services | 726(a)(2); 5.511% | 7100-000 | | 424.06 | 1,568.03 |
| 12/16/15 | Check 1008 | Banterra Bank | 726(a)(2); 5.511% | 7100-000 | | 717.25 | 850.78 |
| 12/16/15 | Check 1009 | USAA Federal Savings Bank | 726(a)(2); 5.511% | 7100-900 | | 338.16 | 512.62 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct. Balance |
| 12/16/15 | Check 1010 | Portfolio Recovery Assoc. successor to Synchrony Bank | 726(a)(2); 5.511% | 7100-900 | | 93.38 | 419.24 |
| 12/16/15 | Check 1011 | World's Foremost Bank | 726(a)(2); 5.511% | 7100-900 | | 419.24 | 0.00 |
| 1/31/16 | | Wells Fargo | bank service charges | 2600-000 | | 13.50 | (13.50) |
| | | Wells Fargo | reversal of service charges | 2600-000 | | (13.50) | 0.00 |

```
                                          COLUMN TOTALS    6,000.00    6,000.00      0.00
                         Less: Bank transfers/CD
                          Subtotal
                         Less: Payments to debtor(s)
                         Net                              6,000.00    6,000.00      0.00

                                                                         NET
  TOTAL - ALL ACCOUNTS                         NET DEPOSITS   DISBURSEMENTS   BALANCES
  Checking# xxxxxx6944                             6,000.00        6,000.00       0.00
  Money Market #
  Savings #
  CD #CDI
  Net                                              6,000.00        6,000.00       0.00
                                              Excludes account  Excludes payments  Total Funds
                                                  transfers        to debtor        on Hand
```